| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:07CR00061 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 1 10cr 2 mmp |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Wade Lee Kelton 23407 Northeast 45th Avenue Melrose, Florida 32666 | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Norfolk |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Jerome B. Friedman | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/9/09 | TO 4/8/10 |

OFFENSE

Aggravated Identity Theft, in violation of 18 U.S.C. 1028A(a)(1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF FLORIDA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/9/09
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF FLORIDA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 20, 2010
*Effective Date*

*United States District Judge*

Rec'd0122*10UsDcFln1pm1003